IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v

CASE NO: 1:08 cr 31 SPM/AK
1:08 mj 35 AK

SETH JERCHOWER

_____/

ORDER SEALING COMPLAINT

THIS MATTER coming before the Court pursuant to the motion of the United States, and the Court having considered the same, it is hereby:

ORDERED AND ADJUDGED that the Complaint filed in the above-referenced matter shall be sealed until further order of the Court.

Done this 25th day of September 2008.

ALLAN KORNBLUM
United States Magistrate