IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                           CASE NO.: 1:08cr31-SPM/AK

SETH JERCHOWER,

     Defendant.
_____/

**ORDER CONTINUING TRIAL**

This cause comes before the Court on the Stipulated Motion to Continue Trial (doc. 18). The parties agree that trial preparation will be extensive and request a continuance.

A refusal to grant the continuance would deny the Government and Defendant reasonable time for effective trial preparation. 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Stipulated Motion to Continue Trial (doc. 18) is granted.

2. Trial is continued to **December 8, 2008**, at 8:30 a.m., at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 27th day of October, 2008.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge